JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Valeant Pharmaceuticals International, Inc; Valeant Pharmaceuticals International; and AGMS, Inc.

**(b)** County of Residence of First Listed Plaintiff  **Foreign (2d is Somerset)**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attachment

## DEFENDANTS
AIG Insurance Company of Canada, et al. (see attachment)

County of Residence of First Listed Defendant  **Foreign**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
See Attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332(a) - diversity

Brief description of cause:
Declaratory judgement and alleged breach of contract with commercial insurers

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Shipp
DOCKET NUMBER  3:15-cv-07658-MAS-LHG

DATE  01/12/2018
SIGNATURE OF ATTORNEY OF RECORD
Robert A. Benjamin

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

| Party | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC | Gita F. Rothschild<br>Sherilyn Pastor<br>McCarter & English LLP<br>100 Mulberry Street<br>Newark, NJ 07102<br>973.622.4444<br><br>John E. Failla<br>Nathan Lander<br>Seth B. Schafler<br>Proskauer Rose LLP<br>11 Times Square<br>New York, New York 10036<br>212.969.3141 |
| VALEANT PHARMACEUTICALS INTERNATIONAL | Gita F. Rothschild<br>Sherilyn Pastor<br>McCarter & English LLP<br>100 Mulberry Street<br>Newark, NJ 07102<br>973.622.4444<br><br>John E. Failla<br>Nathan Lander<br>Seth B. Schafler<br>Proskauer Rose LLP<br>11 Times Square<br>New York, New York 10036<br>212.969.3141 |
| AGMS, INC. | Gita F. Rothschild<br>Sherilyn Pastor<br>McCarter & English LLP<br>100 Mulberry Street<br>Newark, NJ 07102<br>973.622.4444<br><br>John E. Failla<br>Nathan Lander<br>Seth B. Schafler<br>Proskauer Rose LLP<br>11 Times Square<br>New York, New York 10036<br>212.969.3141 |
| AIG INSURANCE COMPANY OF CANADA | Jamieson Halfnight<br>Lerners LLP<br>130 Adelaide Street West, Suite 2400<br>Toronto Ontario M5H 3P5<br>416.361.3083<br><br>Luke Lynch, Jr.<br>Frances Buckley<br>D'Amato & Lynch LLP<br>225 Liberty Street<br>New York, New York 10281<br>212.909.2010<br><br>Timothy M. Donohue<br>Arleo & Donohue<br>622 Eagle Rock Ave<br>West Orange, New Jersey 07052<br>973-736-8660 |

| Party | |
|---|---|
| ACE INA INSURANCE COMPANY | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | Kevin T. Coughlin<br>Suzanne C. Midlige<br>Sally A. Clements<br>Coughlin Duffy LLP<br>350 Mount Kemble Avenue<br>Morristown, New Jersey 07962<br>973-267-0058 |
| ARCH INSURANCE CANADA LTD | Richard Provost<br>Langlois<br>1250 Boul Rene-Levesque<br>Montreal Quebec H3B 4W8<br>514.788.8828 |
| EVEREST INSURANCE COMPANY OF CANADA | Joseph J. Schiavone<br>Budd Larner, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703<br>973.315.4407 |
| HARTFORD FIRE INSURANCE COMPANY | Robert A. Benjamin<br>Patrick Stoltz<br>Kaufman Borgeest & Ryan LLP<br>200 Summit Lake Drive, 1st Floor<br>Valhalla, New York 10595<br>914.449.1000 |
| IRONSHORE CANADA LTD | David Wilson<br>Blaney McMurtry LLP<br>2 Queen Street East, Suite 1500<br>Toronto Ontario M5C 3G5<br>416.593.3970 |
| LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPNAY; and LIBERTY MUTUAL INSURANCE COMPANY | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S UNDERWRITERS | |

| Party | |
|---|---|
| LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885) | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE ANV 1861 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE AMA 1200 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |

| Party | |
|---|---|
| LLOYD'S SYNDICATE ARGO 1200 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE AWH 2232 | Roderic McLaughlan<br>Barry Stork<br>Clyde & Co<br>401 Bay Street, Suite 2500<br>Toronto Ontario M5H 2Y4<br>416.366.4555 |
| LLOYD'S SYNDICATE BRT 2987 | Roderic McLaughlan<br>Barry Stork<br>Clyde & Co<br>401 Bay Street, Suite 2500<br>Toronto Ontario M5H 2Y4<br>416.366.4555 |
| LLOYD'S SYNDICATE CVS 1919 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE HCC 4141 | Roderic McLaughlan<br>Barry Stork<br>Clyde & Co<br>401 Bay Street, Suite 2500<br>Toronto Ontario M5H 2Y4<br>416.366.4555 |

| Party | |
|---|---|
| LLOYD'S SYNDICATE MITSUI 3210 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE MIT 3210 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE NAV 1221 | Roderic McLaughlan<br>Barry Stork<br>Clyde & Co<br>401 Bay Street, Suite 2500<br>Toronto Ontario M5H 2Y4<br>416.366.4555 |
| LLOYD'S SYNDICATE QBE 1886 | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Melissa Brown<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| LLOYD'S SYNDICATE SJC 2003 | James A. Skarzynski<br>Alexis J. Rogoski<br>George W. Mustes<br>Skarzynski Black LLC<br>One Battery Park Plaza, 32nd Floor<br>New York, New York 10004<br>212.820.7720 |

| Party | |
|---|---|
| ROYAL & SUN ALLIANCE INSUANCE COMPANY OF CANADA | David A. Wilford<br>Christopher Conrad<br>Sabina Danek<br>Wilford Conrad LLP<br>18 East Dundee Road<br>Building 6, Suite 150<br>Barrington, Illinois 60010<br>224.848.4722<br><br>Sean X. Kelly<br>Sean Robins<br>Marks, O'Neill, O'Brien, Doherty & Kelly, PC<br>535 Route 38 East, Suite 501<br>Cherry Hill, New Jersey 08002<br>856.663.4300 |
| TEMPLE INSURANCE COMPANY | Joseph Finnerty III<br>John Vukelj<br>Steven Rosato<br>DLA Piper<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>212.335.4800 |
| XL INSURANCE COMPANY SE | James A. Skarzynski<br>Alexis J. Rogoski<br>George W. Mustes<br>Skarzynski Black LLC<br>One Battery Park Plaza, 32nd Floor<br>New York, New York 10004<br>212.820.7720 |

KAUFMAN BORGEEST & RYAN LLP
Robert A. Benjamin
Patrick Stoltz
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: 914.449.1000
Facsimile: 914.449.1100
rbenjamin@kbrlaw.com

*Attorneys for Hartford Fire Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
VALEANT PHARMACEUTICALS :
INTERNATIONAL, INC.; VALEANT :
PHARMACEUTICALS INTERNATIONAL; and :
AGMS, INC. :
    :
      Plaintiffs, :
    :
v. :
    : Civil Action. No:
AIG INSURANCE COMPANY OF CANADA; :
ACE INA INSURANCE COMPANY; ALLIANZ :
GLOBAL RISKS US INSURANCE COMPANY; : **NOTICE OF REMOVAL**
ARCH INSURANCE CANADA LTD; EVEREST :
INSURANCE COMPANY OF CANADA; :
HARTFORD FIRE INSURANCE COMPANY; :
IRONSHORE CANADA LTD; LIBERTY :
INTERNATIONAL UNDERWRITERS, a division :
of LIBERTY MUTUAL INSURANCE :
COMPNAY; and LIBERTY MUTUAL :
INSURANCE COMPANY; LLOYD'S :
UNDERWRITERS; LLOYD'S CONSORTIUM :
9885 (a/k/a STARR FINANCIAL LINES :
CONSORTIUM 9885); LLOYD'S SYNDICATE :
ANV 1861; LLOYD'S SYNDICATE AMA 1200; :
LLOYD'S SYNDICATE ARGO 1200; LLOYD'S :
SYNDICATE AWH 2232; LLOYD'S :
SYNDICATE BRT 2987; LLOYD'S SYNDICATE :
CVS 1919; LLOYD'S SYNDICATE HCC 4141; :
LLOYD'S SYNDICATE MITSUI 3210; :
LLOYD'S SYNDICATE MIT 3210; LLOYD'S :
SYNDICATE NAV 1221; LLOYD'S :
SYNDICATE QBE 1886; LLOYD'S :

4645975

| | |
|---|---|
| SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSUANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY and XL INSURANCE COMPANY SE., | : <br> : <br> : <br> : <br> : |
| Defendants. | : |
| ----------------------------------------------------------------x | |

Defendant Hartford Fire Insurance Company ("Hartford") by and through its undersigned attorneys respectfully asserts:

1. Plaintiffs Valeant Pharmaceuticals International, Inc. ("Valeant CA"), Valeant Pharmaceuticals International ("Valeant US"), and AGMS, Inc. ("AGMS") (Valeant CA, Valeant US, and AGMS, collectively the "Valeant Parties") commenced this action on December 7, 2017, by filing a Complaint in the Superior Court of New Jersey, Law Division, Somerset County, captioned *Valeant Pharmaceuticals International, Inc., et al. v. AIG Insurance Company of Canada, et al.*, Docket number 1483-17. The action is pending in that court.

2. On January 3, 2018, the Valeant Parties effected service of the Summons and Complaint on Hartford.

3. Upon information and belief, on or around January 3, 2018, the Valeant Parties have effected service of the Summons and Complaint on many or all defendants.

4. Copy of the Summons and Complaint, which constitutes all of the processes and pleadings to date, is annexed hereto as Exhibit A.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action may be removed by Hartford pursuant to the provisions of 28 U.S.C. § 1441(a) because it is a civil action wherein: (1) complete diversity of citizenship

4645975

exists among the parties; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Pursuant to 28 U.S.C. § 1446(b)(2)(A), upon information and belief, all defendants who have been properly served consent to removal. See Declaration of Robert A. Benjamin, at Exhibit B.

7. As alleged in the attached Complaint, the Valeant Parties are Canadian and Delaware corporations with their principal places of business in Canada or New Jersey. As alleged in the attached Complaint, and upon information and belief, none of the defendants is incorporated or has a principal place of business in Delaware or New Jersey. Accordingly, complete diversity of citizenship exists among the parties.

8. As alleged in the attached Complaint, the Valeant Parties seek insurance coverage under insurance policies representing over $300 million in limits of liability, although each insurance policy represents a several contract. The underlying litigation for which the Valeant Parties seek insurance coverage seeks hundreds of millions, possibly billions, of dollars in damages. Certain of the underlying litigation for which the Valeant Parties seek insurance coverage in this Complaint is the subject of a putative settlement that would require the Valeant Parties to pay $96.25 million. Accordingly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

10. Pursuant to L.Civ.R. 201.1(d)(3), the undersigned counsel certifies that the amount in controversy in the attached Complaint exceeds $150,000.00, exclusive of interest and costs and any claim for punitive damages.

4645975

11.  Upon filing this Notice of Removal, Hartford will give written notice thereof to all counsel listed on Exhibit C.  Finally, Hartford will file copies of said Notice of Removal with the Clerk, Superior Court of New Jersey, Law Division, Somerset County, Somerville, New Jersey.

12.  By indicating their consent to the removal of this action, none of the defendants waive any defenses or claims that may be available to each.

13.  By filing this Notice of Removal, Hartford does not waive any defenses or claims that may be available to it.

WHEREFORE, Hartford removes the above captioned action now pending in the Superior Court of New Jersey, Law Division, Somerset County, to the United States District Court for the District of New Jersey, wherein it shall proceed as an action originally commenced therein.

Dated: January 12, 2018

_____
Robert A. Benjamin
Patrick Stoltz
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: 914.449.1000
Facsimile: 914.449.1100
rbenjamin@kbrlaw.com

*Attorneys for Hartford Fire Insurance Company*

4645975

<u>DECLARATION OF SERVICE</u>

STATE OF NEW YORK        )
                         )   s.s.:
COUNTY OF WESTCHESTER    )

1. ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am a partner with the firm Kaufman Borgeest & Ryan LLP.

2. On January 12, 2018, I caused to be served a true and correct copy of the following documents via electronic mail and US. Mail on all parties listed on Exhibit C, referenced herein:

- Hartford Fire Insurance Company Notice of Removal, including
    - Exhibit A – Copy of Summons and Complaint;
    - Exhibit B – Declaration of Robert A. Benjamin; and
    - Exhibit C – Service List.

Dated: Valhalla, New York
       January 12, 2018

_____
ROBERT A. BENJAMIN

KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 449.1059 (Telephone)
(914) 449-1000 (Facsimile)
rbenjamin@kbrlaw.com

4645975