UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 18-cv-00493-MAS-LHG |

## STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the time for Defendant Allianz Global Risks US Insurance Company ("Allianz") to answer, move, or otherwise respond to the Complaint has been extended from January 19, 2018, up to and including February 18, 2018.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile, photocopy or other electronic reproduction of this Stipulation shall have the same force and effect as the original.

Dated: January 18, 2018

| | |
|---|---|
| **COUGHLIN DUFFY LLP** <br><br> _____ <br> Kevin T. Coughlin, Esq. <br> Bar ID #: KC8550 <br> 350 Mt. Kemble Avenue <br> Morristown, N.J. 07962 <br> T: (973) 267-0058 <br> *Attorneys for Defendant Allianz Global Risks US Insurance Company* | McCARTER & ENGLISH, LLP <br><br> Sherilyn Pastor <br> _____ <br> Sherilyn Pastor, Esq. <br> Bar ID #: 026031988 <br> Four gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> T: (973) 622-4444 <br> *Attorneys for Plaintiffs* |

*1424452*

So Ordered: _____

Dated: _____