# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATONAL UNDERWRITERS; a division of LIBERT MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYDNICATE MIT 3210;  LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No.: <br> 3:18-cv-00493-MAS-LHG |

### STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

WHEREAS, Plaintiffs filed the Complaint in the above-captioned action on or about December 7, 2017 in the Superior Court of New Jersey Somerset County Law Division;

WHEREAS, Defendants removed this action to the United States District Court for the District of New Jersey on or about January 12, 2018;

WHEREAS, Defendant Lloyd's Syndicate SJC 2003's response to the Complaint is currently due on January 26, 2018;

WHEREAS, Defendant XL Insurance Company SE's response to the Complaint is currently due on January 30, 2018;

WHEREAS, Defendants Lloyd's Syndicate SJC 2003 and XL Insurance Company SE requested an extension of time to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that in consideration of the foregoing recitals, Plaintiffs agree to extend the time for Defendants Lloyd's Syndicate SJC 2003 and XL Insurance Company SE to answer, move, or otherwise respond to the Complaint until March 2, 2018.

IT IS FURTHER STIPULATED AND AGREED that a facsimile, photocopy or other electronic reproduction of this Stipulation shall have the same force and effect as the original.

Dated: January 26, 2018                                     Respectfully submitted,

*/s/ Sarah Voutyras*                                        */s/ Sherilyn Pastor*
Sarah Voutyras, Esq.                                        Sherilyn Pastor, Esq.
SKARZYNSKI BLACK, LLC                                       McCARTER & ENGLISH, LLP
One Battery Park Plaza                                      100 Mulberry Street
32nd Floor                                             Four Gateway Center
New York, NY 10004                                          Newark, NJ 07102
Tel.: (212) 820-7735                                        Tel.: (973) 639-2070
Fax: (212) 820-7740                                         Fax: (973) 297-3834
svoutyras@skarzynski.com                                    spastor@mccarter.com

*Counsel for Lloyd's Syndicate SJC 2003*                    *Counsel for the Plaintiffs*
*and XL Insurance Company SE*


So Ordered: _____

Dated: _____