UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIG INSURANCE COMPANY OF CANADA, et al.,<br><br>Defendants. | Civ. Action No. 3:18-cv-00493-MAS-LHG<br><br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**CERTIFICATION OF DANIEL J. LAYDEN, ESQUIRE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Daniel J. Layden, hereby certify as follows:

1. I am an attorney with the law firm of Hangley Aronchick Segal Pudlin & Schiller, attorneys for defendant Arch Insurance of Canada LTD in the above-captioned matter. Hangley Aronchick Segal Pudlin & Schiller maintains a New Jersey office at 20 Brace Road, Suite 201, Cherry Hill, New Jersey 08034.

2. I am personally familiar with the facts set forth in this Certification.

3. I am a member in good standing of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania. I am admitted to practice in the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania.

4. Mr. Schiller is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

5. I am currently counsel of record in this matter and agree to continue to serve as counsel on behalf of Arch Insurance of Canada LTD and to comply with all the requirements of the rules of this Court, such as the rules requiring a member of the bar of this Court to sign and file papers.

6. I submit this certificate in support of Arch Insurance of Canada LTD Company's Motion for an Order admitting Ronald P. Schiller, Esquire, *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 26, 2018   /s/ Daniel J. Layden
                          Daniel J. Layden