# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AIG INSURANCE COMPANY OF CANADA, et al.,<br><br>　　　　　　　　　Defendants. | Civ. Action No. 3:18-cv-00493-MAS-LHG<br><br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**CERTIFICATION OF RONALD P. SCHILLER, ESQUIRE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Ronald P. Schiller, hereby certify as follows:

1. I am an attorney with the law firm of Hangley Aronchick Segal Pudlin & Schiller, and I make this certificate in support of my admission *pro hac vice* to this court pursuant to Local Civil Rule 101.1(c).

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania (admitted 1984) and the State of New York (admitted 1998). I have been admitted to practice in the United States District Courts for the Eastern District of Pennsylvania (admitted 1984), Middle District of Pennsylvania (admitted 1993), Western District of Pennsylvania (admitted 2013), Southern District of New York (admitted 1998), and Northern District of New York (admitted 2010), as well as the Supreme Court of the United States (admitted 2009) and the United States Courts of Appeals for the First Circuit (admitted 2006), Second Circuit (admitted 2011), Third Circuit (admitted 1984), Sixth

Circuit (admitted 2004), Eighth Circuit (admitted 2015) and Ninth Circuit (admitted 2015).

3. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed against me in any jurisdiction.

4. I have been requested to represent defendant Arch Insurance of Canada LTD in this matter.

5. I agree to:

    a. make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a);

    b. make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within 20 days from the date of the executed Order;

    c. abide by New Jersey court rules;

    d. notify this Court immediately of any matter affecting my standing at the bar of any other court; and

    e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 26, 2018

Ronald P. Schiller