RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAN 29 2018

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIG INSURANCE COMPANY OF CANADA, et al.,<br><br>Defendants. | Civil Action No.<br>3:18-cv-00493-MAS-LHG<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ARCH INSURANCE CANADA LTD. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT |
|---|---|

**THIS MATTER** having come before the Court on the application by Defendant Arch Insurance Canada Ltd. to extend its time to answer the Complaint from January 30th, 2018 to and including March 2, 2018, which was consented to by Plaintiffs, and the Court having considered the request and for good cause shown,

IT IS on this 29th day of January 2018,

**ORDERED** that:

1. The deadline for Defendant Arch Insurance Canada Ltd. to answer, move, or otherwise respond to the Complaint is extended through March 2, 2018.

_____
Honorable Lois H. Goodman, U.S.M.J.