IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATONAL UNDERWRITERS; a division of LIBERT MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYDNICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No.: <br> 3:18-cv-00493-MAS-LHG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, the Plaintiffs and Defendant XL Insurance Company SE ("XLICSE") have agreed to discontinue this action only as to XLICSE without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and XLICSE, through their respective counsel, that this action is dismissed as to XLICSE only, without prejudice and without costs.

IT IS FURTHER STIPULATED AND AGREED that a facsimile, photocopy or other electronic reproduction of this Stipulation shall have the same force and effect as the original.

Respectfully submitted,

Dated: March 29, 2018

/s/ Sarah F. Voutyras
Sarah F. Voutyras, Esq.
SKARZYNSKI BLACK, LLC
One Battery Park Plaza
32nd Floor
New York, NY 10004
Tel.: (212) 820-7735
Fax: (212) 820-7740
svoutyras@skarzynski.com

Counsel for Lloyd's Syndicate SJC 2003 and XL Insurance Company SE

/s/ Sherilyn Pastor
Sherilyn Pastor, Esq.
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Tel.: (973) 639-2070
Fax: (973) 297-3834
spastor@mccarter.com

Counsel for the Plaintiffs

So Ordered: _Mashipp_
Dated: 4/12/2018