COUGHLIN DUFFY, LLP
Kevin T. Coughlin, Esq. (KC8550)
Lindsey E. LaFond, Esq. (*Pro Hac Vice*)
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
*Attorneys for Defendant,*
*Allianz Global Risks US Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
VALEANT PHARMACEUTICALS                :
INTERNATIONAL, INC., at al.            :   Civil Action. No:
                                       :   3:18-CV-00493
              Plaintiffs,              :
                                       :
       v.                              :   **JOINDER IN MOTION FOR**
                                       :   **CLARIFICATION**
AIG INSURANCE COMPANY OF CANADA, et    :
al.                                    :
              Defendants.              :
---------------------------------------------------------------x

Defendant Allianz Global Risks US Insurance Company ("Allianz") hereby joins the Motion for Clarification filed by Temple Insurance Company ("Temple") and Certain Underwriters at Lloyd's, London, subscribing to Policy No. QB146013 ("MS Amlin") on April 26, 2019. In support of this Joinder, Allianz adopts and incorporates the reasons that are set forth in Temple's and MS Amlin's April 26, 2019 Memorandum of Law as to why the Court should clarify that the Memorandum Opinion issued on April 11, 2019 (Dkt. No. 195) ("Memorandum Opinion") does not include binding findings of fact concerning where the 2013-2014 insurance policies were issued and what law governs them, and concerning the "conformance clause" in the AIG primary policy and whether the excess policies incorporate it.

*1529492*

Dated: April 29, 2019

                              **COUGHLIN DUFFY LLP**

                              By: */s/ Kevin T. Coughlin*
                              Kevin T. Coughlin, Esq. (KC8550)
                              Lindsey E. LaFond (*Admitted Pro Hac Vice*)
                              350 Mount Kemble Avenue
                              P.O. Box 1917
                              Morristown, New Jersey 07962
                              Tel: (973) 267-0058
                              kcoughlin@coughlinduffy.com
                              llafond@coughlinduffy.com
                              *Attorneys for Defendant,*
                              *Allianz Global Risks US Insurance*
                              *Company*