**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., | ⋮ | Civil Action No.: 3:18-cv-00493 |
| Plaintiffs, | ⋮ | |
| v. | ⋮ | **STIPULATION SETTING BRIEFING SCHEDULE AND ADJOURNING RETURN DATE OF PLAINTIFFS' PARTIAL APPEAL OF THE DECEMBER 5, 2019 OPINION AND ORDER OF SPECIAL MASTER HON. DOUGLAS K. WOLFSON (RET.)** |
| AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., | ⋮ | |
| Defendants. | ⋮ | |

## STIPULATION AND ORDER

**WHEREAS,** Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") filed a Partial Appeal of Special Master Hon. Douglas K. Wolfson's (Ret.) December 5, 2019 Opinion and Order [D.E. 212] on December 20, 2019 [D.E. 213] ("Motion"); and

**WHEREAS,** Plaintiffs and Defendants have agreed to adjourn the Motion's return date from January 21, 2020 to February 18, 2020, and have further agreed to the briefing schedule set forth below;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' Motion shall be returnable on February 18, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that the parties shall adhere to the following briefing schedule:

i.  Defendants' opposition to Plaintiffs' Motion will be due no later than January 17, 2020; and

ii.  Plaintiffs' reply in further support of its Motion will be due no later than February 4, 2020.

**IT IS SO ORDERED.**

_____
HON. LOIS H. GOODMAN, U.S.M.J.

Dated: _____

**CONSENTED BY:**

McCARTER & ENGLISH, LLP

By: ___/s/ *Sherilyn Pastor*___
    Sherilyn Pastor
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

    -and-

    John E. Failla
    Nathan Lander
    Seth D. Fiur
    Om V. Alladi
    PROSKAUER ROSE LLP
    11 Times Square
    New York, NY 10036
    (212) 969-3000

*Attorneys for Plaintiffs,*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

ARLEO & DONOHUE, LLC.

By: ___/s/ *Frank P. Arleo*___
    Frank P. Arleo
    Timothy M. Donohue
    Jo Ann K. Dobransky
    622 Eagle Rock Avenue
    West Orange, NJ 07052
    (973) 736-8660

*Attorneys for Defendant,*
*AIG Insurance Company of Canada*

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By: ___/s/ *Daniel J. Layden*___
    Daniel J. Layden
    Ronald P. Schiller
    20 Brace Road - Suite 201
    Cherry Hill, NJ 07034
    (215) 496-7021

*Attorneys for Defendant/Counterclaim*
*Plaintiff,*
*Arch Insurance Canada Ltd.*

BARCLAY DAMON LLP

By: ___/s/ *Jesse R. Dunbar*___
    Jesse R. Dunbar
    Kevin D. Szczepanski
    1270 Avenue of the Americas - Suite 600
    New York, NY 10020
    (212) 784-5828

*Attorneys for Defendant/Counterclaim*
*Plaintiff,*
*Ironshore Canada Ltd.*

WILFORD CONRAD LLP

By:   /s/ *Christopher T. Conrad*
    Christopher T. Conrad
    David A. Wilford
    Sabina B. Danek
    18 East Dundee Road
    Building 6 - Suite 150
    Barrington, IL 60010
    (224) 848-4723

    -and-

    Melissa J. Brown
    Sean Robins
    MARKS, O'NEIL, O'BRIEN,
    DOHERTY & KELLY, P.C.
    Cherry Tree Corporate Center - Suite 501
    535 Route 38 East
    Cherry Hill, NJ 08002
    (856) 663-4300

*Attorneys for Defendants,*
*Liberty International Underwriters, a division*
*of Liberty Mutual Insurance Company,*
*Liberty Mutual Insurance Company, Royal &*
*Sun Alliance Insurance Company of Canada,*
*Certain Underwriters at Lloyd's London*
*subscribing to Policy No. QB078913, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. QB146013, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500612, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500642, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500626, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500618, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500629, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500630, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. 15G142820113, and Chubb*

SAIBER LLC

By:   /s/
    Joseph J. Schiavone
    Jeffrey S. Leonard
    David I. Satine
    18 Columbia Turnpike, Suite 200
    Florham Park, NJ 07932
    (973) 622-3333

*Attorneys for Defendant,*
*Everest Insurance Company of Canada*

MARKS, O'NEIL, O'BRIEN,
DOHERTY & KELLY, P.C.

By:  /s/
    Sean X. Kelly
    Melissa J. Brown
    Sean Robins
    Cherry Tree Corporate Center - Suite 501
    535 Route 38 East
    Cherry Hill, NJ 08002
    (856) 663-4300

    -and-

    Christopher T. Conrad
    David A. Wilford
    Sabina B. Danek
    WILFORD CONRAD LLP
    18 East Dundee Road
    Building 6 - Suite 150
    Barrington, IL 60010
    (224) 848-4723

*Attorneys for Defendants,*
*Liberty International Underwriters, a division*
*of Liberty Mutual Insurance Company,*
*Liberty Mutual Insurance Company, Royal &*
*Sun Alliance Insurance Company of Canada,*
*Certain Underwriters at Lloyd's London*
*subscribing to Policy No. QB078913, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. QB146013, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500612, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500642, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500626, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500618, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500629, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. B0509FINMW1500630, Certain*
*Underwriters at Lloyd's London subscribing*
*to Policy No. 15G142820113, and Chubb*
*Insurance Company of Canada*

SAIBER LLC

By:
    Joseph J. Schiavone
    Jeffrey S. Leonard
    David I. Satine
    18 Columbia Turnpike, Suite 200
    Florham Park, NJ 07932
    (973) 622-3333

*Attorneys for Defendant,*
*Everest Insurance Company of Canada*

*Insurance Company of Canada*


COUGHLIN DUFFY, LLP

By:  /s/ *Suzanne C. Midlige*
    Suzanne C. Midlige
    Kevin T. Coughlin
    350 Mount Kemble Avenue
    PO Box 1917
    Morristown, NJ 07962
    (973) 267-0058

*Attorneys for Defendant,*
*Allianz Global Risks US Insurance Company*


| DLA PIPER LLP | SKARZYNSKI BLACK, LLC |
|---|---|
| By:  /s/ *Steven M. Rosato* | By:  /s/ *Alexis J. Rogoski* |
|     Steven M. Rosato |     Alexis J. Rogoski |
|     John Vukelj |     Sarah F. Voutyras |
|     Joseph G. Finnerty III |     1 Battery Park Plaza - 32nd Floor |
|     1251 Avenue of the Americas |     New York, NY 10040 |
|     New York, NY 10020 |     (212) 820-7735 |
|     (212) 335-4500 | |
| | *Attorneys for Defendant,* |
| *Attorneys for Defendant,* | *Lloyd's Syndicate SJC 2003* |
| *Temple Insurance Company* | |

CLYDE & CO. US LLP

By:   /s/ *Leonard Sarmiento*
 Leonard Sarmiento
 Paul R. Koepff
 200 Campus Drive - Suite 300
 Florham Park, NJ 07932
 (973) 210-6748

 -and-

 Roderic McLauchlan
 Barry Stork
 CLYDE & CO.
 401 Bay Street #2500
 Toronto, ON M5H 2Y4, Canada
 (416) 366-4555

*Attorneys for Defendant/Counterclaim*
*Plaintiff,*
*Lloyd's Syndicate AWH 2232*