MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
Sean X. Kelly
Melissa J. Brown
Cherry Tree Corporate Center
Suite 501
535 Route 38 East
Cherry Hill, New Jersey 08002
Tel: (856) 663-4300

WILFORD CONRAD LLP
David A. Wilford
Anthony D'Agostino
Sabina B. Danek
18 East Dundee Road
Building 6, Suite 150
Barrington, Illinois 60010
Tel: (224) 848-4723

*Attorneys for Defendants/Counter-Plaintiffs Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078613, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078913*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA, et al., <br><br> Defendants. | Civil. No.: <br><br> 3:18-CV-00493-MAS-LHG <br><br> **JOINDER IN DEFENDANT AIG INSURANCE COMPANY OF CANADA'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

PLEASE TAKE NOTICE that Defendants/Counter-Plaintiffs Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078613, incorrectly named as "Lloyd's Syndicate CVS 1919," and Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078913, incorrectly named as "Lloyd's Syndicate QBE 1886" and "Lloyd's Syndicate ANV 1861," by and through their

{NJ114185.1}

attorneys, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. and Wilford Conrad LLP, ("Defendants") hereby join in Defendant AIG Canada's Cross-Motion for Judgment on the Pleadings and in Opposition to Plaintiffs' Motion for Judgment on the Pleadings (the "Cross-Motion")(Docket Entry No. 233).

In support of this Joinder, Defendants adopt and incorporate the reasons set forth in AIG's June 30, 2020 Memorandum of Law in Support of the Cross-Motion (Docket Entry No. 238), and respectfully request this Court grant the Cross-Motion and deny Valeant's motion for judgment on the pleadings.

Dated: June 30, 2020    Respectfully submitted,

By: */s/ Melissa J. Brown*
Melissa J. Brown
Sean X. Kelly
MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.
Cherry Tree Corporate Center
Suite 501
535 Route 38 East
Cherry Hill, New Jersey 08002
Tel: (856) 663-4300
skelly@moodklaw.com
mbrown@moodklaw.com

and

David A. Wilford (*pro hac vice*)
Anthony D'Agostino (*pro hac vice*)
Sabina B. Danek (p*ro hac vice*)
WILFORD CONRAD LLP
18 East Dundee Road
Building 6, Suite 150
Barrington, Illinois 60010
Tel: (224) 848-4721
dwilford@wilfordconrad.com
cconrad@wilfordconrad.com
sdanek@wilfordconrad.com

*Attorneys for Defendants/Counter-Plaintiffs Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078613, and Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078913*

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that on June 30, 2020, the foregoing document was filed with the Clerk of the U.S. District Court, District of New Jersey, via CM/ECF, which will cause copies to be served upon all counsel of record.

        By: */s/ Melissa J. Brown*