# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No.: 3:18-cv-00493 |

## STIPULATION OF DISMISSAL AS TO DEFENDANT IRONSHORE

Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") and Defendant Ironshore Canada Limited ("Ironshore") hereby stipulate to the dismissal of all of their claims and counterclaims against each other in this action with prejudice and with each party bearing its own costs and attorneys' fees. This stipulation does not apply to Plaintiffs' claims against any other Defendant in this litigation.

| | |
|---|---|
| McCARTER & ENGLISH, LLP | BARCLAY DAMON LLP |
| By:  /s/ Sherilyn Pastor<br>Sherilyn Pastor<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | By:  /s/ Jesse R. Dunbar<br>Jesse R. Dunbar<br>Scott L. Fleischer<br>Brian E. Whiteley<br>Kevin D. Szczepanski<br>1270 Avenue of the Americas<br>New York, NY 10020<br>(212) 784-5828 |
| -and-<br>John E. Failla<br>Nathan Lander<br>Om V. Alladi<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY 10036<br>(212) 969-3000 | *Attorneys for Defendant/Counterclaim Plaintiff, Ironshore Canada Ltd.* |
| *Attorneys for Plaintiffs, Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc.* | |

So Ordered this 11 day of August 2021.

_____
Honorable Michael A. Shipp, U.S.D.J.