**DENTONS US LLP**
Shawn L. Kelly
(shawn.kelly@dentons.com)
Jonathan D. Henry
(jonathan.henry@dentons.com)
101 JFK Parkway
Short Hills, NJ 07078
(973) 912-7100

-and-

**DENTONS US LLP**
Keith Moskowitz (Admitted *Pro hac vice*)
(keith.moskowitz@dentons.com)
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
(312) 876-8000

**ARLEO & DONOHUE**
Frank P. Arleo
(Frank.Arleo@arleodonohue.com)
Jo Ann K. Dobransky
(Joann.dobransky@arleodonohue.com)
622 Eagle Rock Avenue
West Orange, NJ 07052
(973) 736-8660

*Attorneys for Defendant AIG Insurance Company of Canada*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA, et al., <br><br> Defendants. | Civil. No.: <br><br> 3:18-CV-00493-MAS-LHG <br><br> **STIPULATION AND CONSENT ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel for plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals

118318632

International and AGMS, Inc. (collectively, "Plaintiffs") and defendant AIG Insurance Company of Canada ("AIG Canada"), and Ordered by the Court, that all claims by Plaintiffs against AIG Canada are hereby DISMISSED WITH PREJUDICE AND WITHOUT COSTS against either party.

**SO ORDERED AND ENTERED:**

This ____ day of _____, 2021

_____
Hon. Michael A. Shipp, U.S.D.J.

CONSENTED BY:

| MCCARTER & ENGLISH, LLP | DENTONS US LLP |
|---|---|
| By: /s/ *Sherilyn Pastor* | By: /s/ *Shawn L. Kelly* |
| Sherilyn Pastor<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | Shawn L. Kelly<br>Dentons US LLP<br>101 JFK Parkway, 4th Floor<br>Short Hills, NJ 07078<br>(973) 912-7100 |
| -and- | -and- |
| PROSKAUER ROSE LLP | Keith Moskowitz<br>233 S. Wacker Drive<br>Suite 5900<br>Chicago, IL 60606<br>(312) 876-8000 |
| John E. Failla<br>Nathan Lander<br>Om V. Alladi<br>11 Times Square<br>New York, NY 10036<br>(212) 969-3000 | -and-<br>ARLEO & DONOHUE<br>Frank P. Arleo<br>Jo Ann K. Dobransky<br>622 Eagle Rock Avenue<br>West Orange, NJ 07052<br>(973) 736-8660 |

118318632

*Attorneys for Plaintiffs*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

Dated:  August 17, 2021

*Attorneys for Defendant*
*AIG Insurance Company of Canada*

Dated:  August 17, 2021

118318632