**DENTONS US LLP**
Shawn L. Kelly
(shawn.kelly@dentons.com)
Jonathan D. Henry
(jonathan.henry@dentons.com)
101 JFK Parkway
Short Hills, NJ 07078
(973) 912-7100

-and-

**DENTONS US LLP**
Keith Moskowitz (Admitted *Pro hac vice*)
(keith.moskowitz@dentons.com)
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
(312) 876-8000

**ARLEO & DONOHUE**
Frank P. Arleo
(Frank.Arleo@arleodonohue.com)
Jo Ann K. Dobransky
(Joann.dobransky@arleodonohue.com)
622 Eagle Rock Avenue
West Orange, NJ 07052
(973) 736-8660

*Attorneys for Defendant AIG Insurance Company of Canada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIG INSURANCE COMPANY OF CANADA, et al.,<br><br>Defendants. | Civil. No.:<br><br>3:18-CV-00493-MAS-LHG<br><br>**STIPULATION AND CONSENT ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel for plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals

118318632

International and AGMS, Inc. (collectively, "Plaintiffs") and defendant AIG Insurance Company of Canada ("AIG Canada"), and Ordered by the Court, that all claims by Plaintiffs against AIG Canada are hereby DISMISSED WITH PREJUDICE AND WITHOUT COSTS against either party.

**SO ORDERED AND ENTERED:**

This 17th day of August 2021.

_____
Hon. Michael A. Shipp, U.S.D.J.

CONSENTED BY:

MCCARTER & ENGLISH, LLP

By: /s/ *Sherilyn Pastor*

Sherilyn Pastor
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

-and-

PROSKAUER ROSE LLP

John E. Failla
Nathan Lander
Om V. Alladi
11 Times Square
New York, NY 10036
(212) 969-3000

DENTONS US LLP

By: /s/ *Shawn L. Kelly*

Shawn L. Kelly
Dentons US LLP
101 JFK Parkway, 4th Floor
Short Hills, NJ 07078
(973) 912-7100

-and-

Keith Moskowitz
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
(312) 876-8000

-and-

ARLEO & DONOHUE

Frank P. Arleo
Jo Ann K. Dobransky
622 Eagle Rock Avenue
West Orange, NJ 07052
(973) 736-8660

118318632

*Attorneys for Plaintiffs*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

*Attorneys for Defendant*
*AIG Insurance Company of Canada*

Dated:  August 17, 2021

Dated:  August 17, 2021

118318632