**CLYDE & CO US LLP**
Paul R. Koepff
Leonard Sarmiento
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: 973-210-6700
Facsimile: 973-210-6701
paul.koepff@clydeco.us
leonard.sarmiento@clydeco.us

-and-

**CLYDE & CO CANADA LLP**
Roderic C. McLauchlan (admitted p*ro hac vice*)
Barry S. Stork (admitted p*ro hac vice*)
401 Bay Street, Suite 2500
P.O. Box 25
Toronto, ON M5H 2Y4
Telephone: 416-366-4555
Facsimile: 416-366-6110
roderic.mclauchlan@clydeco.ca
barry.stork@clydeco.ca

*Attorneys for Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. QB078513 and Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0509FINMW1500609*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>AIG INSURANCE COMPANY OF CANADA, et al.,<br><br>            Defendants. | Civil. No.: 3:18-CV-00493-MAS-LHG<br><br>**STIPULATION AND PROPOSED CONSENT ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**WHEREAS**, Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International and AGMS, Inc. (collectively, "Plaintiffs") and Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. QB078513, incorrectly named as

"Lloyd's Syndicate AWH 2232" and Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0509FINMW1500609, incorrectly named as "Lloyd's Syndicate AWH 2232" ("AWAC") (collectively, the "Parties") have entered into a Confidential Settlement Agreement and Mutual Release effective May 27, 2021 (the "Settlement Agreement"); and

**WHEREAS**, through the Settlement Agreement, the Parties have resolved and settled all claims and disputes at issue between them in this matter; and

**WHEREAS**, AWAC has made the settlement payment contemplated by the Settlement Agreement; and

**WHEREAS**, Plaintiffs acknowledge the receipt and sufficiency of same; and

**NOW, THEREFORE, it is hereby stipulated by the Parties and Ordered by the Court that all claims by Plaintiffs against AWAC and all counterclaims by AWAC against Plaintiffs are hereby DISMISSED WITH PREJUDICE AND WITH EACH PARTY BEARING ITS OWN COSTS AND ATTORNEYS' FEES.  This stipulation does not apply to Plaintiffs' claims against any other Defendant in this litigation.**

**SO ORDERED AND ENTERED:**

This \_\_\_\_ day of September, 2021

_____
Hon. Michael A. Shipp, U.S.D.J.

CONSENTED BY:

| MCCARTER & ENGLISH, LLP | CLYDE & CO US LLP |
|---|---|
| By: */s/ Sherilyn Pastor* | By: */s/ Paul R. Koepff* |

| | |
|---|---|
| Sherilyn Pastor<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | Paul R. Koepff<br>Leonard Sarmiento<br>200 Campus Drive, Suite 300<br>Florham Park, NJ 07932<br>973-210-6700 |
| -and- | -and- |
| PROSKAUER ROSE LLP | CLYDE & CO CANADA LLP |
| John E. Failla<br>Nathan Lander<br>Om V. Alladi<br>11 Times Square<br>New York, NY 10036<br>(212) 969-3000 | Roderic C. McLauchlan<br>Barry S. Stork<br>401 Bay Street, Suite 2500<br>P.O. Box 25<br>Toronto, ON M5H 2Y4<br>416-366-4555 |
| *Attorneys for Plaintiffs*<br>*Valeant Pharmaceuticals International, Inc.,*<br>*Valeant Pharmaceuticals International, and*<br>*AGMS, Inc.* | *Attorneys for Defendants Certain*<br>*Underwriters at Lloyd's, London*<br>*Subscribing to Policy No. QB078513 and*<br>*Certain Underwriters at Lloyd's, London*<br>*Subscribing to Policy No.*<br>*B0509FINMW1500609* |
| Dated:  September 9, 2021 | Dated:  September 9, 2021 |