UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No. 3:18-cv-00493 |

ME1 37920750v.1

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## LLOYD'S SYNDICATE SJC 2003

Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") and Defendant Lloyd's Syndicate SJC 2003 ("SJC 2003") hereby stipulate to the dismissal of all of their claims against each other in this action with prejudice and with each party bearing its own costs and attorneys' fees. This stipulation does not apply to Plaintiffs' claims against any other Defendant in this litigation.

| McCARTER & ENGLISH, LLP | SKARZYNSKI BLACK, LLC |
|---|---|
| By: */s/ Sherilyn Pastor* <br> Sherilyn Pastor <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> (973) 622-4444 | By: */s/ Sarah F. Voutyras* <br> Sarah F. Voutyras <br> Alexis J. Rogoski <br> 1 Battery Park Plaza - 32nd Floor <br> New York, NY 10040 <br> (212) 820-7735 |
| -and- <br> John E. Failla <br> Nathan Lander <br> Om V. Alladi <br> PROSKAUER ROSE LLP <br> 11 Times Square <br> New York, NY 10036 <br> (212) 969-3000 | *Attorneys for Defendant,* <br> *Lloyd's Syndicate SJC 2003* |

*Attorneys for Plaintiffs,*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                                                                    *HON. MICHAEL A. SHIPP, U.S.D.J.*

ME1 37920750v.1