# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC.; VALEANT
PHARMACEUTICALS INTERNATIONAL; and
AGMS, INC.,

                Plaintiffs,

        v.

AIG INSURANCE COMPANY OF CANADA;
ACE INA INSURANCE COMPANY; ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY;
ARCH INSURANCE CANADA LTD; EVEREST
INSURANCE COMPANY OF CANADA;
HARTFORD FIRE INSURANCE COMPANY;
IRONSHORE CANADA LTD.; LIBERTY
INTERNATIONAL UNDERWRITERS, a division
of LIBERTY MUTUAL INSURANCE
COMPANY; and LIBERTY MUTUAL
INSURANCE COMPANY; LLOYD'S
UNDERWRITERS; LLOYD'S CONSORTIUM
9885 (a/k/a STARR FINANCIAL LINES
CONSORTIUM 9885); LLOYD'S SYNDICATE
ANV 1861; LLOYD'S SYNDICATE AMA 1200;
LLOYD'S SYNDICATE ARGO 1200; LLOYD'S
SYNDICATE AWH 2232; LLOYD'S
SYNDICATE BRT 2987; LLOYD'S SYNDICATE
CVS 1919; LLOYD'S SYNDICATE HCC 4141;
LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S
SYNDICATE MIT 3210; LLOYD'S SYNDICATE
NAV 1221; LLOYD'S SYNDICATE QBE 1886;
LLOYD'S SYNDICATE SJC 2003; ROYAL &
SUN ALLIANCE INSURANCE COMPANY OF
CANADA; TEMPLE INSURANCE COMPANY;
and XL INSURANCE COMPANY SE.,

                Defendants.

Civil Action No. 3:18-cv-00493

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## LLOYD'S SYNDICATE SJC 2003

Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") and Defendant Lloyd's Syndicate SJC 2003 ("SJC 2003") hereby stipulate to the dismissal of all of their claims against each other in this action with prejudice and with each party bearing its own costs and attorneys' fees. This stipulation does not apply to Plaintiffs' claims against any other Defendant in this litigation.

McCARTER & ENGLISH, LLP

By:  _/s/ Sherilyn Pastor_
    Sherilyn Pastor
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

    -and-

    John E. Failla
    Nathan Lander
    Om V. Alladi
    PROSKAUER ROSE LLP
    11 Times Square
    New York, NY 10036
    (212) 969-3000

*Attorneys for Plaintiffs,*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

SKARZYNSKI BLACK, LLC

By:  _/s/ Sarah F. Voutyras_
    Sarah F. Voutyras
    Alexis J. Rogoski
    1 Battery Park Plaza - 32nd Floor
    New York, NY 10040
    (212) 820-7735

*Attorneys for Defendant,*
*Lloyd's Syndicate SJC 2003*

**IT IS SO ORDERED.**

Dated: 10/26/2021
    _____

_____
*HON. MICHAEL A. SHIPP, U.S.D.J.*

2

ME1 37920750v.1