# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC.,<br><br>                      Plaintiffs,<br><br>v.<br><br>AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE.,<br><br>                      Defendants. | Civil Action No. 3:18-cv-00493 |

ME1 37920635v.1

## STIPULATION OF PARTIAL DISMISSAL AS TO DEFENDANT TEMPLE

**WHEREAS,** Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") filed this action seeking insurance coverage for certain claims under two sets of insurance programs: (1) a program for the period of September 28, 2013 to September 28, 2014 (the "2013-14 Program") and (2) a program for the period of September 28, 2015 to September 28, 2016 (the "2015-2016 Program");

WHEREAS, Defendant Temple Insurance Company ("Temple") issued an insurance policy as part of the 2013-14 Program and an insurance policy as part of the 2015-16 Program; and

WHEREAS, Plaintiffs and Temple have reached a settlement with respect to claims under the 2015-16 Program but not as to claims under the 2013-14 Program;

**NOW THEREFORE,** Plaintiffs and Temple hereby stipulate to the dismissal of Counts II, VI and VIII of Plaintiffs' Complaint and Causes of Action VII and VIII of Temple's Counterclaims (the "2015-16 Claims") in this action with prejudice and with each party bearing its own costs and attorneys' fees with respect to the litigation of the 2015-16 Claims. This stipulation does not apply to Plaintiffs' remaining claims against Temple in the Complaint or Temple's remaining Counterclaims against Plaintiffs (the "2013-14 Claims") or as to Plaintiffs' claims against any other Defendant in this litigation.

| | |
|---|---|
| McCARTER & ENGLISH, LLP | DAY PITNEY LLP |
| By:  /s/ Sherilyn Pastor | By:  /s/ Elizabeth J. Sher |
| Sherilyn Pastor<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | Elizabeth J. Sher<br>John Vukelj<br>605 Third Avenue, 31st Floor<br>New York, NY 10158-1803 |

  -and-

John E. Failla
Nathan Lander
Om V. Alladi
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiffs,*
*Valeant Pharmaceuticals International, Inc.,*
*Valeant Pharmaceuticals International, and*
*AGMS, Inc.*

(212) 297-5800

*Attorneys for Defendant,*
*Temple Insurance Company*

**IT IS SO ORDERED.**

_____
HON. MICHAEL A. SHIPP, U.S.D.J.

Dated: 10/26/2021

3