**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No.: 3:18-cv-00493 |

2035669_1

## CONSENT ORDER ON STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

**WHEREAS**, Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively, "Plaintiffs") filed this action seeking insurance coverage for certain claims under two sets of insurance programs: (1) a program for the period of September 28, 2013 to September 28, 2014 (the "2013-2014 Program") and (2) a program for the period of September 28, 2015 to September 28, 2016 (the "2015-2016 Program");

**WHEREAS**, Defendant Allianz Global Risks US Insurance Company ("Allianz") issued an insurance policy as part of the 2013-2014 Program and two insurance policies as part of the 2015-2016 Program; and

**WHEREAS**, Plaintiffs and Allianz have entered into a Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") concerning Plaintiffs' claims under the 2015-2016 Program but not Plaintiffs' claims under the 2013-2014 Program;

**WHEREAS**, through the Settlement Agreement, Plaintiffs and Allianz have resolved and settled all claims and disputes at issue between them concerning Plaintiffs' claims under the 2015-2016 Program; and

**WHEREAS**, Allianz has made the settlement payment contemplated by the Settlement Agreement and Plaintiffs hereby acknowledge the receipt and sufficiency of same;

**NOW THEREFORE**, it is hereby stipulated by Plaintiffs and Allianz and Ordered by the Court that Counts II, VI and VIII of Plaintiffs' Complaint (the "2015-2016 Claims") in this

2

action are hereby dismissed with prejudice and with each party bearing its own costs and attorneys' fees with respect to the litigation of the 2015-2016 Claims.

This stipulation does not apply to Plaintiffs' remaining claims against Allianz in the Complaint (the "2013-2014 Claims") or as to Plaintiffs' claims against any other Defendant in this litigation.

**IT IS SO ORDERED.**

Dated: October 28, 2021

Hon. Michael A. Shipp, U.S.D.J.

We hereby stipulate and consent to the form and entry of the within Order:

**McCARTER & ENGLISH, LLP**

By: /s/ Sherilyn Pastor
Sherilyn Pastor
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

-and-

John E. Failla
Nathan Lander
Om V. Alladi
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiffs,*
*Valeant Pharmaceuticals International,*
*Inc., Valeant Pharmaceuticals*
*International, and AGMS, Inc.*

Dated: October 27, 2021

**COUGHLIN MIDLIGE & GARLAND LLP**

By: /s/ Suzanne C. Midlige
Suzanne C. Midlige
Kevin T. Coughlin
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962
(973) 267-0058

*Attorneys for Defendant,*
*Allianz Global Risks US Insurance Company*

Dated: October 27, 2021