COUGHLIN MIDLIGE & GARLAND LLP
Suzanne C. Midlige, Esq.
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
*Attorneys for Defendant Allianz*
*Global Risks US Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------x

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF | Civil Action. No: 3:18-CV-00493 (MAS) (LHG) |

Civil Action. No:
3:18-CV-00493 (MAS) (LHG)

**NOTICE OF**
**MOTION TO COMPEL**
**PRODUCTION OF**
**SETTLEMENT AGREEMENT(S)**

**ORAL ARGUMENT REQUESTED**

#2127008

CANADA; TEMPLE INSURANCE COMPANY     :
and XL INSURANCE COMPANY SE.,         :
                                      :
                    Defendants.       :
-------------------------------------------------------------x

**TO**:   John E. Failla, Esq.
          Proskauer Rose LLP
          Eleven Times Square
          New York, New York 10036

          and

          Sherilyn Pastor, Esq.
          McCarter & English
          Four Gateway Center
          100 Mulberry St.
          Newark, New Jersey 07102

          *Attorneys for Plaintiffs Valeant Pharmaceuticals International, Inc.,*
          *Valeant Pharmaceuticals International and AGMS, Inc.*

**COUNSEL**:

   **PLEASE TAKE NOTICE** that Defendant Allianz Global Risks US

Insurance Company ("Allianz"), by and through its counsel, Coughlin Midlige &

Garland LLP, shall move before the Special Master Hon. Douglas K. Wolfson,

J.S.C. (Ret'd.), at such date and time hereafter as the undersigned may be heard, for

an Order, pursuant to Rule 37 and Rule 26 of the Federal Rules of Civil Procedure:

>    (i)    compelling production of the settlement
>           agreement(s) Plaintiffs entered into with Defendant
>           AIG Insurance Company of Canada and Defendants
>           Certain Underwriters at Lloyd's, London
>           Subscribing to Policy Number QB078513 and/or
>           Allied World Assurance Company relative to the
>           issues in controversy between them involving the

claims arising from the underlying Allergan Actions (subject to the terms of the Discovery Confidentiality Order entered in the above action); and

(ii)    finding that Allianz should be awarded its reasonable expenses, including attorney's fees, in bringing the subject Motion to Compel.

**PLEASE TAKE FURTHER NOTICE** that, in support of the subject motion, Allianz shall rely on the Memorandum of Law and Declaration of Suzanne C. Midlige, Esq. with attached exhibits submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested with respect to the subject motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order with respect to the subject motion has been submitted herewith.

Dated: April 19, 2022        Respectfully submitted,

**COUGHLIN MIDLIGE & GARLAND LLP**

By:  */s/ Suzanne C. Midlige*
      Suzanne C. Midlige, Esq.
      350 Mount Kemble Avenue
      P.O. Box 1917
      Morristown, New Jersey 07962
      Tel: (973) 267-0058
      smidlige@cmg.law
      *Attorneys for Defendant*
      *Allianz Global Risks US Insurance Company*