**KAUFMAN BORGEEST & RYAN LLP**
Robert A. Benjamin
Patrick Stoltz
Briana A. Semenza
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: 914.449.1000
Facsimile: 914.449.1100
rbenjamin@kbrlaw.com
pstoltz@kbrlaw.com
bsemenza@kbrlaw.com

*Attorneys for Hartford Fire Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
VALEANT PHARMACEUTICALS
INTERNATIONAL, INC.; VALEANT
PHARMACEUTICALS INTERNATIONAL; and
AGMS, INC.,

                  Plaintiffs,

        v.

AIG INSURANCE COMPANY OF CANADA;
ACE INA INSURANCE COMPANY; ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY;
ARCH INSURANCE CANADA LTD; EVEREST
INSURANCE COMPANY OF CANADA;
HARTFORD FIRE INSURANCE COMPANY;
IRONSHORE CANADA LTD; LIBERTY
INTERNATIONAL UNDERWRITERS, a division
of LIBERTY MUTUAL INSURANCE
COMPANY; and LIBERTY MUTUAL
INSURANCE COMPANY; LLOYD'S
UNDERWRITERS; LLOYD'S CONSORTIUM
9885 (a/k/a STARR FINANCIAL LINES
CONSORTIUM 9885); LLOYD'S SYNDICATE
ANV 1861; LLOYD'S SYNDICATE AMA 1200;
LLOYD'S SYNDICATE ARGO 1200; LLOYD'S
SYNDICATE AWH 2232; LLOYD'S
SYNDICATE BRT 2987; LLOYD'S SYNDICATE
CVS 1919; LLOYD'S SYNDICATE HCC 4141;
LLOYD'S SYNDICATE MITSUI 3210;

Civil Action. No:
3:18-CV-00493 (MAS) (LHG)

**HARTFORD FIRE INSURANCE COMPANY'S NOTICE OF AND JOINDER IN ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT(S)**

8123031

```
LLOYD'S SYNDICATE MIT 3210; LLOYD'S      :
SYNDICATE NAV 1221; LLOYD'S              :
SYNDICATE QBE 1886; LLOYD'S              :
SYNDICATE SJC 2003; ROYAL & SUN          :
ALLIANCE INSURANCE COMPANY OF            :
CANADA; TEMPLE INSURANCE COMPANY         :
and XL INSURANCE COMPANY SE.,            :
                                         :
                         Defendants.     :
-------------------------------------------x
```

**PLEASE TAKE NOTICE THAT** Defendant Hartford Fire Insurance Company ("Hartford") hereby joins (this "Joinder") in the Motion to Compel Production of Settlement Agreement(s) (ECF No. 303) and the Memorandum of Law in Support of the Motion to Compel (ECF No. 303-2) filed by Allianz Global US Insurance Company ("Allianz") on April 19, 2022 (the "Motion to Compel").

As set forth in Allianz's Motion to Compel, which is adopted and incorporated as if fully set forth herein, Hartford respectfully requests that the Court grant the Motion and Compel the production of the settlement agreements(s) that Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. entered into with Defendant AIG Insurance Company of Canada and with Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy Number QB078513 and/or Allied World Assurance Company.

Dated: Valhalla, New York
April 20, 2022

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: /s/ Briana A. Semenza

Robert A. Benjamin
Patrick Stoltz
Briana A. Semenza
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: 914.449.1000
Facsimile: 914.449.1100
rbenjamin@kbrlaw.com
pstoltz@kbrlaw.com
bsemenza@kbrlaw.com

*Attorneys for Hartford Fire Insurance Company*

8123031

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of April 2022, a true copy of Defendant Hartford Fire Insurance Company's Notice of and Joinder in Defendant Allianz Global US Insurance Company's Motion to Compel, was filed and served upon all counsel of record through the Court's ECF system.

_____
Briana A. Semenza

8123031