# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE., <br><br> Defendants. | Civil Action No.: 3:18-cv-00493 <br><br> **STIPULATION AND ORDER REGARDING THE DECEMBER 20, 2018 LETTER TO THE HON. LOIS H. GOODMAN, U.S.M.J. AND THE OCTOBER 2, 2019 LETTER TO THE HON. DOUGLAS K. WOLFSON, J.S.C. (RET'D.)** |

## **STIPULATION AND ORDER**

**WHEREAS**, Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc. (collectively "Plaintiffs" or "Valeant") and Defendants[1] (together the "Parties") met and conferred for the purposes of trying to resolve the disputes to be heard before the Special Master Hon. Douglas K. Wolfson, J.S.C. (Ret'd.) relating to Defendants' Motions to Compel set forth in the December 20, 2018 Letter to the Hon. Lois H. Goodman, U.S.M.J. (ECF No. 158 (hereinafter the "2018 Letter")) and in the Defendants' October 2, 2019 Letter to the Hon. Douglas K. Wolfson, J.S.C. (Ret'd.) (hereinafter the "2019 Letter"); and

**WHEREAS,** the Parties have resolved the discovery issues set forth in the 2018 Letter in their meet and confer negotiations and seek to memorialize the agreements reached;

**WHEREAS,** Defendants have withdrawn with prejudice the motion to compel in the 2019 Letter because such motion relates only to the Stock Drop Claims which have been resolved and is thus moot;

**WHEREAS**, the Parties agreed that adherence to the following stipulations would obviate the need for the Special Master to hear or decide the motions to compel set forth in the 2018 Letter and in the 2019 Letter:

(1) Within 45 days of the date of this Stipulation, Plaintiffs will run the search terms and connectors attached as Exhibit A across the named custodians at 1-17 reflected therein, produce responsive, non-privileged documents, and log any documents withheld or redacted for privilege;

---

[1] The term Defendants describes all remaining Defendants named in Plaintiffs' Complaint (ECF No. 1) and described at pages 18-29 therein.

(2) Within 45 days of the date of this Stipulation, in response to Defendants' requests for filed motions and correspondence related to discovery in the underlying Allergan Actions and Defendants' requests for the Allergan Action litigation files, Plaintiffs agree to undertake a reasonable search for and to produce all documents produced or filed in those actions, including discovery requests and responses, meet and confer correspondence, and discovery motions filed with the Court or Special Master which have not already been produced, orders and decisions of the Court or Special Master on such discovery motions, and transcripts of oral arguments or conferences before the Special Master concerning discovery. This search in Paragraph 2 will include the files of Valeant's counsel in the Allergan Actions;

(3) Within 45 days of the date of this Stipulation, in response to Defendants' requests to identify the content of Plaintiffs' productions to date, Plaintiffs agree to provide Defendants with a list containing the Bates ranges identifying the relevant action to which the production belongs, the producing party (including third party where applicable), and whether the Bates range contains pleadings, docket filings, or parts of the discovery productions. To the extent documents were also produced to any state or federal agencies, Plaintiffs agree to identify those agencies following a reasonable search;

(4) Within 15 days of the date of this Stipulation, Plaintiffs agree to serve amended responses to Interrogatories Nos. 28, 32, 35, 36, 37, and 39 of Defendants' First Set of Interrogatories, and Requests for Production Nos. 12, 17, 18, 22, and 89 of Defendants' First Set of Requests for the Production of Documents;

(5) On the date of this Stipulation, Defendants agree to withdraw with prejudice the motion to compel in the 2019 Letter because such motion relates only to the Stock Drop Claims which have been resolved and is thus moot if they had not already done so;

(6) The Parties reserve their rights to contest and seek production of documents withheld from production and logged on their respective privilege logs, and shall set a schedule with deadlines to identify any contested designations, meet and confer, and submit any unresolved privilege log designations to the Hon. Douglas K. Wolfson, J.S.C. (Ret'd.);

(7) The Parties reserve their rights as to any alleged deficiencies that may arise concerning the productions and amendments made pursuant to paragraphs 1-5 above. To the extent that documents, testimony, or other information produced in discovery by any party reveals issues or deficiencies, the parties may submit additional discovery requests; all parties' rights to demand such additional discovery and to oppose such requests are preserved.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Parties resolved their disagreements relating to the 2018 Letter and the 2019 Letter and there is no further need at this time for the Special Master to hear arguments on those matters pursuant to the above stipulations.

**IT IS SO ORDERED.**

Dated: 5/27/22

HON. DOUGLAS K. WOLFSON, J.S.C. (Ret'd)

**CONSENTED BY:**

McCARTER & ENGLISH, LLP

4

McCARTER & ENGLISH, LLP

By:  /s/*John E. Failla*
    Sherilyn Pastor
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

   -and-

    John E. Failla
    Nathan Lander
    Om V. Alladi
    PROSKAUER ROSE LLP
    11 Times Square
    New York, NY 10036
    (212) 969-3000

    *Attorneys for Plaintiffs,*
    *Valeant Pharmaceuticals International,*
    *Inc., Valeant Pharmaceuticals*
    *International, and AGMS, Inc.*

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  /s/ *Daniel J. Layden*
    Daniel J. Layden
    Ronald P. Schiller
    20 Brace Road - Suite 201
    Cherry Hill, NJ 07034
    (215) 496-7021

    *Attorneys for Defendant/Counterclaim*
    *Plaintiff, Arch Insurance Canada Ltd.*

-2-

| | |
|---|---|
| MARKS, O'NEIL, O'BRIEN, DOHERTY & KELLY, P.C. | SAIBER LLC |
| By:   _/s/ Anthony D'Agostino_<br>    Sean X. Kelly<br>    Melissa J. Brown<br>    Sean Robins<br>    Cherry Tree Corporate Center<br>    Suite 501<br>    535 Route 38 East<br>    Cherry Hill, NJ 08002<br>    (856) 663-4300<br><br> -and-<br><br>    David A. Wilford<br>    Anthony J. D'Agostino<br>    Sabina B. Danek<br>    WILFORD LLP<br>    18 East Dundee Road<br>    Building 6 - Suite 150<br>    Barrington, IL 60010<br>    (224) 848-4724<br><br>*Attorneys for Defendants, Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's London subscribing to Policy No. QB078913, Certain Underwriters at Lloyd's London subscribing to Policy No. QB146013, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500612, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500642, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500626, Certain Underwriters at Lloyd's London subscribing to Policy No.* | By:   _/s/ David I. Satine_<br>    Joseph J. Schiavone<br>    David I. Satine<br>    18 Columbia Turnpike, Suite 200<br>    Florham Park, NJ 07932<br>    (973) 622-3333<br><br>*Attorneys for Defendant, Everest Insurance Company of Canada* |

-3-

*B0509FINMW1500618, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500629, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500630, Certain Underwriters at Lloyd's London subscribing to Policy No. 15G142820113, and Chubb Insurance Company of Canada*

| COUGHLIN MIDLIGE & GARLAND, LLP | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| By: __/s/ Suzanne C. Midlige__<br>Suzanne C. Midlige<br>Kevin T. Coughlin<br>350 Mount Kemble Avenue<br>PO Box 1917<br>Morristown, NJ 07962<br>(973) 267-0058<br><br>*Attorneys for Defendant,*<br>*Allianz Global Risks US Insurance Company* | By: __/s/ Robert A. Benjamin__<br>Robert A. Benjamin<br>Patrick Stolz<br>200 Summit Lake Drive<br>Valhalla, NY 10595<br>(914) 449-1000<br><br>*Attorneys for Defendant,*<br>*Hartford Fire Insurance Company* |

DAY PITNEY LLP

By: __/s/ John Vukelj__
 John Vukelj
 Elizabeth J. Sher
 605 Third Avenue
 New York, NY 10158
 (212) 297-5800

 *Attorneys for Defendant,*
 *Temple Insurance Company*

**EXHIBIT A**

**Plaintiff Will Search the Documents of the Following 17 Custodians:**

1. Elizabeth Zimmerman – Executive Director, Insurance & Risk Management
2. Ann Marie Yambayashi – Director of Risk Management
3. Daniel Yelin – Senior Director, Business & Legal Affairs
4. Grace Lin – VP and Treasurer
5. James Doherty – Risk Management Consultant
6. Linda LaGorga – Senior VP and Treasurer
7. Michel Gregurovic – Risk Management Group
8. Susan Lovelace – Risk Management Assistant
9. Paul Herendeen – Executive VP, CFO
10. Sam A. Eldessouky – Senior VP, Corporate Controller & Chief Accounting Officer
11. Jennifer Nicewicz – Executive Assistant to SVP, Controller & Chief Accounting Officer
12. Frank Milley – VP, Treasury Operations
13. Frederick Munsch – VP, Assistant Corporate Controller
14. Joseph Papa – Chairman, CEO
15. Christina Ackermann – Executive VP, General Counsel
16. Michael Pearson – Chairman, CEO
17. Howard Schiller – CFO

**Plaintiff Agree to Use the Following Search Terms:**

| |
|---|
| 2454458 |
| 9501117 |
| "@oag.texas.gov" |
| "Alistair.Stewart@starrcompanies.com" |
| "Anne.Thompson@aig.com" |
| "beverley.jones@marshoperations.co.uk" |
| "billy.balkwill@anv.eu.com" |
| "cgrayson@templeins.com" |
| "ckelleher@peabodyarnold.com" |
| "Claims.liu@libertyiu.com" |
| "claims@everest.com" |
| "claims@rsagroup.ca" |
| "CSeear@munichre.com" |
| "Danielle.Filax@marsh.com" |
| "david.friend@xlcatlin.com" |
| "david.gill@everestcanada.com" |
| "Denis.Panariti@aig.com" |
| "dounia.khali@agcs.allianz.com" |
| "dwilford@wilfordconrad.com" |

-5-

| |
|---|
| "edolden@dolden.com" |
| "EO'Neil@peabodyarnold.com" |
| "fbuckley@damato-lynch.com" |
| "financiallinesclaims@allianz.com" |
| "gail.johnson@agr.allianz.ca" |
| "Gcurley@damato-lynch.com" |
| "grace.kim@rsagroup.ca" |
| "Gregory.Lenihan@xlgroup.com" |
| "Hema.Mistry@marsh.com" |
| "HFPClaims@thehartford.com" |
| "Isabelle.lindgren@marshoperations.co.uk" |
| "James.Hamilton@everestcanada.com" |
| "Jay.Cassidy@marsh.com" |
| "Jennifer.Jacobson@thehartford.com" |
| "jessie.lam@aig.com" |
| "jhalfnight@lerners.ca" |
| "joseph.finnerty@dlapiper.com" |
| "jskarzynski@skarzynski.com" |
| "judi.hogan@ffic.com" |
| "Julien.Brossard@LibertyIU.com" |
| "kathy.fong@marsh.com" |
| "Kimberly.Huebner@AIG.co" |
| "kotoole@templeins.com" |
| "Laura.Hodgins01@LibertyIU.com" |
| "ldlynchjr@damato-lynch.com" |
| "Luke.Johnson@amtrustgroup.com" |
| "MaryMargaret.Fox@clydeco.ca" |
| "matthew.lamplugh@allianz.com" |
| "mmede@templeins.com" |
| "newclaimsp&C@aig.com" |
| "Owen.dacey@xlcatlin.com" |
| "Paul.Barker@aspen-insurance.com" |
| "philippe.senecal@aig.com" |
| "pprednis@wilfordconrad.com" |
| "rbenjamin@kbralaw.com" |
| "Reece.hooper@starrcompanies.com" |
| "reynaldo.batac@rsagroup.ca" |
| "richard.provost@langlois.ca" |
| "Rita.perez@thehartford.com" |

| |
|---|
| "Rkashyap@archinsurance.com" |
| "Robyn.Campbell@LibertyIU.Com" |
| "Roderic.McLauchlan@clydeco.com" |
| "rprovost@fplex.ca" |
| "rrobak@wilfordconrad.com" |
| "rsands@msilm.com" |
| "Sally.Greenwood@marsh.com" |
| "Sclements@coughlinduffy.com" |
| "shawn.therien@clydeco.ca" |
| "Sherwood.Owen@marshoperations.co.uk" |
| "Steven.Joyce@awac.com" |
| "templeclaimsgroup@templeins.com" |
| "Ting.Low@awac.com" |
| "todd.armstrong@libertyiu.com" |
| "Tom.Moorby@marsh.com" |
| "Tpeeters@archinsurance.com" |
| "UKNewNotices@xlgroup.com" |
| "vesna.spasic@libertyiu.com" |
| "Vincent.Ansaldi@everestnational.com" |
| "wborgeest@kbrlaw.com" |
| ("Mary Margaret" OR "Mary") w/5 Fox |
| *@kramerlevin.com |
| *archcanadaclaims@archinsurance.com |
| 01-421-57-69 or 014215769 or "01 421 57 69" or 4215769 |
| Alistair w/5 Stewart |
| Anna w/5 Trecroce |
| Anne w/5 Thompson |
| attach@MarshCanadaClaims.com |
| QB146013 |
| Beverley w/5 Jones |
| Billy w/5 Balkwill |
| Brian w/5 Botkin |
| Buckley w/5 "F." |
| Carolyn w/5 Oliver |
| Carrie w/5 Grayson |
| Colin w/5 Seear |
| Curley w/5 G. |
| DA0271573-13 OR "DA0271573-13" OR "DA 0271573-13" |
| Damag* w/10 ("14(e)" or "14e" or "14-e" or "20A") |

| |
|---|
| Damag* w/25 Allergan |
| Damag* w/5 (cap or limit) |
| David w/5 Friend |
| David w/5 Gill |
| David w/5 Wilford |
| Denis w/5 Panariti |
| Disgorg* |
| DOTOAAGHNZ003 |
| Dounia w/5 Khali |
| DOX0046341-02 |
| E. w/5 O'Neil |
| Eric w/5 Dolden |
| FPL722389 OR "FPL 722389" |
| Gail w/5 Johnson |
| Grace w/5 Kim |
| Gregory w/5 Lenihan |
| Intent* w/5 conduct |
| Isabelle w/5 Lindgren |
| James w/5 Hamilton |
| Jamieson w/5 Halfnight |
| Jennifer w/5 Jacobson |
| Jessie w/5 Lam |
| Joseph w/5 Finnerty |
| Judi w/5 Hogan |
| Julien w/5 Brossard |
| Kathy w/5 Fong |
| "kcoughlin@coughlinduffy.com" |
| Kelleher w/5 C. |
| Kevin w/5 Coughlin |
| Kevin w/5 O'Toole |
| Kimberly w/5 Huebner |
| Laura w/5 Hodgins |
| Leber w/5 M. |
| LIA105678 |
| Luke w/5 Johnson |
| Lynch w/5 L. |
| Margaret w/5 Mede |
| Matthew w/5 Lamplugh |
| Owen w/5 Dacey |

| |
|---|
| Paul w/5 Barker |
| Philippe w/5 Senecal |
| Prednis w/5 P. |
| Pay* w/10 (costs w/5 (defense or defence)) |
| Pearson w/10 (costs w/5 (defense or defence)) |
| QB078513 |
| QB078613 |
| QB078713 |
| QB078813 |
| QB078913 |
| QB079013 |
| QB146013 |
| QB146113 |
| QB146213 |
| Reece w/5 Hooper |
| Renee w/5 Robak |
| Reynaldo w/5 Batac |
| Richard w/5 Provost |
| Richard w/5 Sands |
| Rita w/5 Perez |
| Ritu w/5 Kashyap |
| Robert w/5 Benjamin |
| Robert w/5 Denton |
| Robert w/5 Layzell |
| Robyn w/5 Campbell |
| Roderic w/5 McLauchlan |
| Sally w/5 Clements |
| Sally w/5 Greenwood |
| Shawn w/5 Therien |
| Sherwood w/5 Owen |
| Skarzynski w/5 J. |
| Steven w/5 Joyce |
| Ting w/5 Low |
| Todd w/5 Armstrong |
| Tom w/5 Moorby |
| Tyler w/5 Peeters |
| Vesna w/5 Spasic |
| Victoria w/5 Watson |
| "victoria.watson@uk.qbe.com" |

| |
|---|
| Vincent w/5 Ansaldi |
| Wayne w/5 Borgeest |
| XD&O0000061 |
| (Ackman or Pershing or Pearson or Allergan or Basile) w/5 settl* |
| Allergan w/5 (suit or lawsuit) |
| Marsh* ("D&O" OR "D & O" OR "D and O" or (director* w/5 officer*) w/15 (insur* or policy or coverage)) |
| Allocat* w/10 (Pershing or Pearson or Allergan or Ackman) |
| Exclu* w/10 (conduct or profit) w/15 (insur* or policy or coverage) |
| *@kirkland.com w/25 settl* |
| AmTrust & ("Allergan" or "securities claim") |
| "Allied World" & ("Allergan" or "AGN" or "securities claim") |
| Starr & ("Allergan" or "AGN" or "securities claim") |
| (Mitsui or "MS Amlin") & ("Allergan" or "AGN" or "securities claim") |
| Pershing w/10 (insur* or underwr*) |
| "SJC 2003" & ("Allergan" or "AGN") |
| AIG & ("Allergan" or "AGN") |
| Allianz & ("Allergan" or "AGN") |
| Arch & ("Allergan" or "AGN") |
| Everest & ("Allergan" or "AGN") |
| Hartford & ("Allergan" or "AGN") |
| Liberty & ("Allergan" or "AGN") |
| Lloyd's & ("Allergan" or "AGN") |
| QBE & ("Allergan" or "AGN") |
| (Royal w/5 (Sun or RSA)) & ("Allergan" or "AGN") |
| Temple & ("Allergan" or "AGN") |
| (Catlin or XLC) & ("Allergan" or "AGN") |
| "@agcs.allianz.com" |
| "@agr.allianz.ca" |
| "@AIG.co" |
| "@aig.com" |
| "@allianz.com" |
| "@amtrustgroup.com" |
| "@anv.eu.com" |
| "@archinsurance.com" |
| "@aspen-insurance.com" |
| "@awac.com" |
| "@clydeco.ca" |
| "@clydeco.com" |

| |
|---|
| "@coughlinduffy.com" |
| "@damato-lynch.com" |
| "@dlapiper.com" |
| "@dolden.com" |
| "@everest.com" |
| "@everestcanada.com" |
| "@everestnational.com" |
| "@ffic.com" |
| "@fplex.ca" |
| "@kbrlaw.com" OR "@kbralaw.com" |
| "@langlois.ca" |
| "@lerners.ca" |
| "@libertyiu.com" |
| "@MarshCanadaClaims.com" |
| "@marshoperations.co.uk" |
| "@msilm.com" |
| "@munichre.com" |
| "@peabodyarnold.com" |
| "@rsagroup.ca" |
| "@skarzynski.com" |
| "@starrcompanies.com" |
| "@templeins.com" |
| "@thehartford.com" |
| "@uk.qbe.com" |
| "@wilfordconrad.com" |
| "@xlcatlin.com" |
| "@xlgroup.com" |
| Securities Claim" w/10 (update* or revise* or amend*) |
| "Securities Claim" w/10 "purchase" |
| "Securities Claim" w/10 "tender offer" |
| "Securities Claim" w/10 "Williams Act" |
| "Securities Claim" w/10 defin* |
| *@blbglaw.com |
| *@ktmc.com |
| *@rgrdlaw.com |
| Cassidy |
| Filax |
| Kessler w/3 Topaz |
| Mistry |

| |
|---|
| "@marsh.com" & ("Allergan" or "AGN" or "securities claim" or "D&O" or "D and O" or "directors & officers" or "directors and officers") |
| Pearson w/10 (claim or *suit or insur*) & (underwr*) |
| Schiller w/10 (insur* or underwr*) |
| ".83" w/10 (sh* or share*) |
| "48.30" |
| "58.30" |
| "4.9" w/10 ("%" or "percent") |
| "75.9" |
| "1.22659" |
| (Andrew w/5 Burch) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Anthony w/5 Massaro) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Comment w/5 letter) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Commitment w/5 letter) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Funding w/10 vehicle*) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Jordan w/5 Rubin) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Paul w/5 Parker) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Proxy w/10 solicitation) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (Baronoff) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |
| (William w/5 Doyle) AND ((Valeant) and (share* or exchange or securit* or relationship* or LMA or offer or bid)) or (Litigation w/10 Management OR Agreement)) |