**GORDON REES SCULLY MANSUKHANI, LLP**
Melissa J. Brown, Esq.
Attorney ID No.: 012882007
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
mjbrown@grsm.com

***Attorneys for Defendants/Counter-Plaintiffs Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078613, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078913, and Certain Underwriters at Lloyds, London subscribing to Policy No. QB146013***

------------------------------------------------------------------

VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC.,

*Plaintiffs,*

vs.

AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD.; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 3:18-CV-00493

**SUBSTITUTION OF ATTORNEY AND DESIGNATION OF TRIAL COUNSEL**

1

2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY; and XL INSURANCE COMPANY SE.,

*Defendants.*

------------------------------------------------------------------

 The undersigned hereby consent to the substitution of Melissa J. Brown, Esq. of Gordon Rees Scully Mansukhani, LLP, as counsel for Defendants/Counter-Plaintiffs Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078613, Certain Underwriters at Lloyd's, London subscribing to Policy No. QB078913, and Certain Underwriters at Lloyds, London subscribing to Policy No. QB146013, and designated trial counsel. The undersigned withdrawing and superseding counsel hereby certify that the filing of the within substitution of attorney will not interfere with or delay the trial of the matter.

| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN DOHERTY & KELLY, P.C.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | |
| */s/ Melissa J. Brown* | */s/ Melissa J. Brown* |
| Melissa J. Brown, Esquire | Melissa J. Brown, Esquire |
| Withdrawing Attorney | Superseding Attorney |