**KAUFMAN BORGEEST & RYAN LLP**
Robert A. Benjamin
Briana A. Semenza
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: 914.449.1000
Facsimile: 914.449.1100
rbenjamin@kbrlaw.com
bsemenza@kbrlaw.com

*Attorneys for Hartford Fire Insurance Company*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x

| | |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; and AGMS, INC., | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : <br> : |
| v. | : |
| | : Civil Action. No: |
| AIG INSURANCE COMPANY OF CANADA; ACE INA INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ARCH INSURANCE CANADA LTD; EVEREST INSURANCE COMPANY OF CANADA; HARTFORD FIRE INSURANCE COMPANY; IRONSHORE CANADA LTD; LIBERTY INTERNATIONAL UNDERWRITERS, a division of LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY; LLOYD'S UNDERWRITERS; LLOYD'S CONSORTIUM 9885 (a/k/a STARR FINANCIAL LINES CONSORTIUM 9885); LLOYD'S SYNDICATE ANV 1861; LLOYD'S SYNDICATE AMA 1200; LLOYD'S SYNDICATE ARGO 1200; LLOYD'S SYNDICATE AWH 2232; LLOYD'S SYNDICATE BRT 2987; LLOYD'S SYNDICATE CVS 1919; LLOYD'S SYNDICATE HCC 4141; LLOYD'S SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S | : 3:18-CV-00493 (MAS) (LHG) <br> : <br> : <br> : <br> : <br> : **STIPULATION AND CONSENT** <br> : **ORDER OF VOLUNTARY** <br> : **DISMISSAL WITH PREJUDICE AND** <br> : **WITHOUT FEES OR COSTS** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

8943403

SYNDICATE QBE 1886; LLOYD'S          :
SYNDICATE SJC 2003; ROYAL & SUN      :
ALLIANCE INSURANCE COMPANY OF        :
CANADA; TEMPLE INSURANCE COMPANY     :
and XL INSURANCE COMPANY SE.,        :
                                     :
                        Defendants.  :
-------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International and AGMS, Inc. (collectively, "Plaintiffs") and defendant Hartford Fire Insurance Company ("Hartford"), and Ordered by the Court, that all claims and counterclaims by and between Plaintiffs and Hartford are hereby DISMISSED WITH PREJUDICE with each of the Stipulating Parties to bear its own attorneys' fees and costs.  This stipulation does not apply to Plaintiffs' claims against any other Defendant in this litigation.

**SO ORDERED AND ENTERED:**

This 12th day of April, 2023

_____
Hon. Michael A. Shipp, U.S.D.J.

CONSENTED BY:

MCCARTER & ENGLISH, LLP                KAUFMAN BORGEEST & RYAN LLP
DENTONS US LLP
                                       By: /s/ Robert A. Benjamin
By: /s/ Sherilyn Pastor                Robert A. Benjamin
Sherilyn Pastor                        Briana A. Semenza
Four Gateway Center                    KAUFMAN BORGEEST & RYAN LLP
100 Mulberry Street                    200 Summit Lake Drive
Newark, NJ 07102                       Valhalla, New York 10595
(973) 622-4444                         (914) 449-1000

-and-                                  *Attorneys for Hartford Fire Insurance*
                                       *Company*

8943403

PROSKAUER ROSE LLP
John E. Failla
Nathan Lander
Om V. Alladi
11 Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiffs*