**COUGHLIN MIDLIGE & GARLAND LLP**
Suzanne C. Midlige, Esq.
Luciana P. Lalande, Esq.
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
Tel: (973) 267-0058
smidlige@cmg.law
llalande@cmg.law
*Attorneys for Defendant*
*Allianz Global Risks US Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

--------------------------------------------------------------x
VALEANT PHARMACEUTICALS                             :
INTERNATIONAL, INC.; VALEANT                        :
PHARMACEUTICALS INTERNATIONAL; and                  :
AGMS, INC.,                                         :
                                                    :
              Plaintiffs,              :
                                                    :
    v.                                            :
                                                    :
AIG INSURANCE COMPANY OF CANADA;                    :
ACE INA INSURANCE COMPANY; ALLIANZ                  :  Civil Action No.:
GLOBAL RISKS US INSURANCE COMPANY;                  :  3:18-CV-00493 (MAS) (LHG)
ARCH INSURANCE CANADA LTD; EVEREST                  :
INSURANCE COMPANY OF CANADA;                        :
HARTFORD FIRE INSURANCE COMPANY;                    :  **STIPULATION AND CONSENT**
IRONSHORE CANADA LTD; LIBERTY                       :  **ORDER OF VOLUNTARY**
INTERNATIONAL UNDERWRITERS, a                       :  **DISMISSAL WITH PREJUDICE**
division of LIBERTY MUTUAL INSURANCE                :  **AND WITHOUT FEES OR**
COMPANY; and LIBERTY MUTUAL                         :  **COSTS**
INSURANCE COMPANY; LLOYD'S                          :
UNDERWRITERS; LLOYD'S CONSORTIUM                    :
9885 (a/k/a STARR FINANCIAL LINES                   :
CONSORTIUM 9885); LLOYD'S SYNDICATE                 :
ANV 1861; LLOYD'S SYNDICATE AMA 1200;               :
LLOYD'S SYNDICATE ARGO 1200;                        :
LLOYD'S SYNDICATE AWH 2232;                         :
LLOYD'S SYNDICATE BRT 2987; LLOYD'S                 :
SYNDICATE CVS 1919; LLOYD'S                         :
SYNDICATE HCC 4141; LLOYD'S                         :

#2324188

|  |  |
|---|---|
| SYNDICATE MITSUI 3210; LLOYD'S SYNDICATE MIT 3210; LLOYD'S SYNDICATE NAV 1221; LLOYD'S SYNDICATE QBE 1886; LLOYD'S SYNDICATE SJC 2003; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; TEMPLE INSURANCE COMPANY and XL INSURANCE COMPANY SE., | : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International and AGMS, Inc. (collectively, "Plaintiffs") and Defendants Allianz Global Risks US Insurance Company, Certain Underwriters at Lloyd's London Subscribing to Policy No. QB078613 (incorrectly named as Lloyd's Syndicate CVS 1919"), Everest Insurance Company of Canada, Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Arch Insurance Canada Ltd., Certain Underwriters at Lloyd's London Subscribing to Policy No. QB078913 (incorrectly named as "Lloyd's Syndicate 1186" and "Lloyd's Syndicate ANV 1861"), Royal and Sun Alliance Insurance Company of Canada, Temple Insurance Company and Certain Underwriters at Lloyd's London Subscribing to Policy No. QB146013 (incorrectly named as "Lloyd's Syndicate Mitsui 3210") (collectively, "Defendants"), and Ordered by the Court, that all claims, counterclaims and crossclaims by and between Plaintiffs and Defendants are hereby **DISMISSED WITH PREJUDICE** with each of the Stipulating Parties to bear its own attorneys' fees and costs.

**SO ORDERED AND ENTERED:**

This ____ day of _____ 2023

_____
Hon. Michael A. Shipp, U.S.D.J.

**CONSENTED BY:**

| | |
|---|---|
| **COUGHLIN MIDLIGE & GARLAND, LLP** | **MCCARTER & ENGLISH, LLP** |
| By:  /s/ Suzanne C. Midlige<br>Suzanne C. Midlige<br>Luciana P. Lalande<br>350 Mount Kemble Avenue<br>PO Box 1917<br>Morristown, NJ 07962<br>(973) 267-0058<br><br>*Attorneys for Defendant*<br>*Allianz Global Risks US Insurance Company* | By:  /s/ Sherilyn Pastor<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>By:  /s/ John E. Failla<br>John E. Failla<br>Nathan Lander<br>Om V. Alladi<br>11 Times Square<br>New York, NY 10036<br><br>*Attorneys for Plaintiffs*<br>*Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and AGMS, Inc.* |
| **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>By: /s/ Melissa J. Brown<br>Melissa J. Brown<br>18 Columbia Turnpike – Suite 220<br>Florham Park, NJ 07932<br>(973) 549-2556<br><br>    -and-<br><br>**WILFORD LLP**<br><br>By: /s/ David A. Wilford<br>David A. Wilford<br>Anthony J. D'Agostino<br>Sabina B. Danek<br>18 East Dundee Road<br>Building 6 - Suite 150<br>Barrington, IL 60010<br>(224) 848-4724<br><br>*Attorneys for Defendants* | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br><br>By: /s/ Daniel J. Layden<br>Daniel J. Layden<br>Ronald P. Schiller<br>20 Brace Road - Suite 201<br>Cherry Hill, NJ 07034<br>(215) 496-7021<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Arch Insurance Canada Ltd.* |

*Liberty International Underwriters, a division of Liberty Mutual Insurance Company, Liberty Mutual Insurance Company, Royal & Sun Alliance Insurance Company of Canada, Certain Underwriters at Lloyd's London subscribing to Policy No. QB078913, Certain Underwriters at Lloyd's London subscribing to Policy No. QB146013, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500612, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500642, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500626, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500618, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500629, Certain Underwriters at Lloyd's London subscribing to Policy No. B0509FINMW1500630, Certain Underwriters at Lloyd's London subscribing to Policy No. 15G142820113, and Chubb Insurance Company of Canada*

| | |
|---|---|
| **SAIBER LLC** | **DAY PITNEY LLP** |
| By: */s/ Joseph J. Schiavone* <br> Joseph J. Schiavone <br> 18 Columbia Turnpike, Suite 200 <br> Florham Park, NJ 07932 <br> (973) 622-3333 <br><br> *Attorneys for Defendant* <br> *Everest Insurance Company of Canada* | By: */s/ John Vukelj* <br> John Vukelj <br> Elizabeth J. Sher <br> 605 Third Avenue <br> New York, NY 10158 <br> (212) 297-5800 <br><br> *Attorneys for Defendant* <br> *Temple Insurance Company* |